**Fill in this information to identify the case:**

Debtor name R&B Inc

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known): 26-18122-JGR

☒ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| City of Boulder<br>1136 Alpine Avenue<br>Boulder, CO 80304 | salestax@bouldercolorado.gov | Cash Wells Fargo (value is estimated) Estimated value of receivables owed by Debtor's credit card payment processor and online food ordering and delivery services Food and beverage inventory, including raw ingredients and other food products held for use in the operation of the restaurant 11 booths (single), 7 booths (double), 26 chairs POS Systems, including Square system and iPad purchased from prior owner and Clover machine and kiosk currently being used security system monitor, security camera Cooler/Freezer See attached list (plus window blind purchased from Home Depot) Signs (book value $3,644) | | $13,577.08 | Unknown | $6,477.08 |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor R&B Inc
Name

Case number *(if known)* 26-18122-JGR

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Colorado Department of Revenue<br>PO Box 17087<br>Denver, CO 80217-0087 | | Cash Wells Fargo (value is estimated) Estimated value of receivables owed by Debtor's credit card payment processor and online food ordering and delivery services Food and beverage inventory, including raw ingredients and other food products held for use in the operation of the restaurant 11 booths (single), 7 booths (double), 26 chairs POS Systems, including Square system and iPad purchased from prior owner and Clover machine and kiosk currently being used security system monitor, security camera Cooler/Freezer See attached list (plus window blind purchased from Home Depot) Signs (book value $3,644) | | $31,975.90 | Unknown | $31,975.90 |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor R&B Inc
Name

Case number *(if known)* 26-18122-JGR

| **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and email address of creditor contact** | **Nature of claim** (for example, trade debts, bank loans, professional services, and government contracts) | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Colorado Department of Revenue PO Box 17087 Denver, CO 80217-0087 | | Cash Wells Fargo (value is estimated) Estimated value of receivables owed by Debtor's credit card payment processor and online food ordering and delivery services Food and beverage inventory, including raw ingredients and other food products held for use in the operation of the restaurant 11 booths (single), 7 booths (double), 26 chairs POS Systems, including Square system and iPad purchased from prior owner and Clover machine and kiosk currently being used security system monitor, security camera Cooler/Freezer See attached list (plus window blind purchased from Home Depot) https://newcurrynkebob.com/ Goodwill (book value with covenant not to compete $422,000) Signs (book value $3,644) Non-Competition Agreement given by Curry N Kebob Inc to Debtor in connection with purchase and sale of business in December 2024 | | $6,472.00 | Unknown | $6,472.00 |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor R&B Inc
Name

Case number *(if known)* 26-18122-JGR

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Comcast Corporation<br>Comcast Center<br>1701 JFK Blvd<br>Philadelphia, PA 19103 | | | | | | $0.00 |
| Corporation Service Company<br>PO Box 2576<br>Springfield, IL 62708 | uccsprep@cscinfo.com | | | Unknown | $0.00 | $0.00 |
| Corporation Service Company<br>PO Box 2576<br>Springfield, IL 62708 | uccsprep@cscglobal.com | | | Unknown | $0.00 | $0.00 |
| Corporation Service Company, as Represen<br>PO Box 2576<br>Springfield, IL 62708 | UCCSPREP@CSCGLOBAL.COM | | | Unknown | $0.00 | $0.00 |
| DLP Funding LLC<br>447 Broadway 2nd floor<br>Unit 805<br>New York, NY 11013 | info@dlpfunding.com | Cash Wells Fargo (value is estimated) Estimated value of receivables owed by Debtor's credit card payment processor and online food ordering and delivery services | | $56,250.00 | $7,100.00 | $56,250.00 |
| Fora Financial<br>1385 Broadway<br>New York, NY 10018 | | Unknown | | $20,000.00 | $0.00 | $20,000.00 |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor R&B Inc
Name

Case number *(if known)* 26-18122-JGR

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Headway Capital, LLC<br>175 W Jackson Blvd<br>Suite 1000<br>Chicago, IL 60604 | support@headwaycapital.com | Cash Wells Fargo (value is estimated) Estimated value of receivables owed by Debtor's credit card payment processor and online food ordering and delivery services Food and beverage inventory, including raw ingredients and other food products held for use in the operation of the restaurant 11 booths (single), 7 booths (double), 26 chairs POS Systems, including Square system and iPad purchased from prior owner and Clover machine and kiosk currently being used security system monitor, security camera Cooler/Freezer See attached list (plus window blind purchased from Home Depot) https://newcurrynkebob.com/ Goodwill (book value with covenant not to compete $422,000) Signs (book value $3,644) Non-Competition Agreement given by Curry N Kebob Inc to Debtor in connection with purchase and sale of business in December 2024 | Disputed | $109,555.05 | Unknown | $109,555.05 |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor R&B Inc
Name

Case number *(if known)* 26-18122-JGR

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Highland Hill Capital LLC<br>1100 Park Central Blvd S.<br>Suite 1200<br>Pompano Beach, FL 33064 | info@highlandhillcap.com | Cash Wells Fargo (value is estimated) Estimated value of receivables owed by Debtor's credit card payment processor and online food ordering and delivery services | | $30,453.76 | $7,100.00 | $30,453.76 |
| Internal Revenue Service<br>PO Box 932500<br>Louisville, KY 40293-2500 | | Payroll taxes | | | | $73,330.00 |
| Internal Revenue Service<br>1999 Broadway<br>Denver, CO 80202-3025 | | Income Taxes | | | | $10,160.00 |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor R&B Inc
Name

Case number *(if known)* 26-18122-JGR

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Midwest Regional Bank 135 N. Meramec Ave. Saint Louis, MO 63105 | | Cash Wells Fargo (value is estimated) Estimated value of receivables owed by Debtor's credit card payment processor and online food ordering and delivery services Food and beverage inventory, including raw ingredients and other food products held for use in the operation of the restaurant 11 booths (single), 7 booths (double), 26 chairs POS Systems, including Square system and iPad purchased from prior owner and Clover machine and kiosk currently being used security system monitor, security camera Cooler/Freezer See attached list (plus window blind purchased from Home Depot) https://newcurrynkebob.com/ Goodwill (book value with covenant not to compete $422,000) Signs (book value $3,644) Non-Competition Agreement given by Curry N Kebob Inc to Debtor in connection with purchase and sale of business in December 2024 | | $374,000.00 | Unknown | $374,000.00 |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor R&B Inc
Name

Case number *(if known)* 26-18122-JGR

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| United First, LLC<br>2999 NE 191st Street<br>Unit 901<br>Miami, FL 33180 | underwriting@ufcapitalexperts.com | Cash Wells Fargo (value is estimated) Estimated value of receivables owed by Debtor's credit card payment processor and online food ordering and delivery services | | $23,040.00 | $7,100.00 | $23,040.00 |
| Velocity Capital Group LLC<br>333 Pearsalo Ave.<br>Suite 105<br>East Rockaway, NY 11518 | support@velocitycg.com | Cash Wells Fargo (value is estimated) Estimated value of receivables owed by Debtor's credit card payment processor and online food ordering and delivery services | | $40,000.00 | $7,100.00 | $40,000.00 |
| Xcel Energy<br>Attn: Bankruptcy Dept<br>PO Box 9477<br>Minneapolis, MN 55484-0001 | | | | | | $4,517.22 |
| YouLend US LLC<br>675 Ponce De Leon Ave NE<br>Suite 8500<br>Atlanta, GA 30308 | | Cash Wells Fargo (value is estimated) Estimated value of receivables owed by Debtor's credit card payment processor and online food ordering and delivery services | | $27,680.07 | $7,100.00 | $27,680.07 |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name R&B Inc

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known) 26-18122-JGR

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

| | | |
|---|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B* | $ | 0.00 |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B* | $ | 14,100.00 |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B* | $ | 14,100.00 |

**Part 2: Summary of Liabilities**

| | | |
|---|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* | $ | 733,003.86 |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | | |
| 3a. **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F* | $ | 83,490.00 |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* | +$ | 4,517.22 |
| 4. **Total liabilities** Lines 2 + 3a + 3b | $ | 821,011.08 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name R&B Inc

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known) 26-18122-JGR

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property

12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
|---|---|
| 2. **Cash on hand** | $100.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Wells Fargo (value is estimated) | | 3918 | $2,000.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. **$2,100.00**

## Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☒ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | Security deposit for lease | $7,000.00 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor R&B Inc
Name

Case number *(If known)* 26-18122-JGR

9. **Total of Part 2.** $7,000.00
Add lines 7 through 8. Copy the total to line 81.

**Part 3: Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☒ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less: 5,000.00 (face amount) - 0.00 (doubtful or uncollectible accounts) = .... $5,000.00

12. **Total of Part 3.** $5,000.00
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**Part 4: Investments**

13. **Does the debtor own any investments?**

☒ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5: Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☒ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials**<br>Food and beverage inventory, including raw ingredients and other food products held for use in the operation of the restaurant | | $0.00 | | Unknown |

20. **Work in progress**

21. **Finished goods, including goods held for resale**

22. **Other inventory or supplies**

23. **Total of Part 5.** $0.00
Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
☐ No
☒ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☒ Yes. Book value 0.00 Valuation method ______ Current Value 0.00

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor R&B Inc
Name

Case number *(If known)* 26-18122-JGR

☐ Yes

**Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7: Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☒ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| | 11 booths (single), 7 booths (double), 26 chairs | $26,234.42 | Cost | Unknown |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | POS Systems, including Square system and iPad purchased from prior owner and Clover machine and kiosk currently being used | $2,410.00 | | Unknown |
| | security system monitor, security camera | Unknown | | Unknown |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86. **$0.00**

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☒ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 8: Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☒ Yes Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor R&B Inc Case number *(If known)* 26-18122-JGR
Name

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| Cooler/Freezer | $20,149.00 | | Unknown |
| See attached list (plus window blind purchased from Home Depot) | Unknown | | Unknown |

51. **Total of Part 8.** $0.00

Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☒ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 9: Real property**

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☒ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| **Description and location of property** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 55.1. Lease for real property located at 3044 and 3050 28th Street, Boulder, Colorado | Tenancy under a lease | $0.00 | | Unknown |

56. **Total of Part 9.** $0.00

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 10: Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor R&B Inc
Name

Case number *(If known)* 26-18122-JGR

☒ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. | **Internet domain names and websites** | | | |
| | https://newcurrynkebob.com/ | Unknown | | Unknown |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |
| | Goodwill (book value with covenant not to compete $422,000) | Unknown | | Unknown |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.
$0.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☒ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☒ Yes Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor R&B Inc
Name

Case number *(If known)* 26-18122-JGR

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| | |
|---|---|
| Signs (book value $3,644) | Unknown |
| Non-Competition Agreement given by Curry N Kebob Inc to Debtor in connection with purchase and sale of business in December 2024 | Unknown |

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90. $0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No
☐ Yes



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor R&B Inc
Name

Case number (If known) 26-18122-JGR

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,100.00 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $7,000.00 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $5,000.00 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. | **Real property.** *Copy line 56, Part 9*......> | | $0.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column | $14,100.00 | + 91b. $0.00 |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $14,100.00 |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Question 2: Cash balance is estimated.

Question 3: Balance of Wells Fargo account is estimated.

Question 11: The receivables value is the estimated value of receivables owed by Debtor's credit card payment processor and online food ordering and delivery services.

| Attachment to Schedule A/B - Question 50 |
| --- |
| |
| Fountain Drink Dispenser |
| Ice Maker - Fointain drink top |
| Hot Beverage Dispenser |
| Tv |
| sterro and speakers |
| 12 ft exhaust hood |
| fire supression system |
| Spining grill |
| 12 inch single burner |
| 6 burner stove and oven |
| 6ft stainless steel prep table |
| 3 drawer warmer |
| microwave |
| 3 pan steam table with 2 shelves |
| single door salad prep station with refrigerator base and shelves |
| Double doorprep station with refrigerator base and shelves |
| Dough mixer |
| stainless stell prep table with tray shelves |
| 3 comp sink |
| 1 comp sink |
| hand sink |
| 1 comp sink with prep |
| 6ft stainless steel prep table with shelves |
| wire storage shelves |
| pots, pans, knives, trays, plates, bowls, silverware |
| food storage stainless steel pans various sizes |

**End of the Year Blowout!** Free shipping over $500 — now through 12/31.

**Low Prices • Great Selection • Customer Focused**

844.886.7499

99+

Search

# My Cart

Checkout



**Service Ideas FCC06SS 20 oz Carafe w/ Push-Button Lid - Vacuum Insulated, Stainless**

Katom #: 482-FCC06SS | Sold By: Each
IN STOCK: Ships in 1 Business Day
Only 3 available in this delivery window

Free Shipping Eligible

1

**$32.72**

**Item Total** **$32.72**

Save For Later



**Winco RW-S451 100 Cup Electric Rice Warmer, 120v**

Katom #: 080-RWS450 | Sold By: Each
IN STOCK: Ships in 1 Business Day
Only 2 available in this delivery window

Free Shipping Eligible

2

**$184.14**

**Item Total** **$368.28**

Save For Later



**Winco SSLB-30 30 qt Stainless Steel Braising Pot**

Katom #: 080-SSLB30 | Sold By: Each
IN STOCK: Ships in 1 Business Day
Only 1 available in this delivery window

Free Shipping Eligible

2

$172.64

**Item Total** **$345.28**

Save For Later




**Winco ALST-40 40 qt Aluminum Stock Pot**

Katom #: 080-ALST40 | Sold By: Each
IN STOCK: Ships in 1 Business Day
Only 1 available in this delivery window

Free Shipping Eligible

2

$65.77

**Item Total** **$131.54**

View Accessories

Save For Later



**Winco AFP-10A-H 10" Aluminum Frying Pan w/ Solid Silicone Handle**

Katom #: 080-AFP10AH | Sold By: Each

Free Shipping Eligible

48

$13.34

**Item Total** **$640.32**

Save For Later



**Winco SPJL-604 Sixth Size Steam Pan, Stainless**

Katom #: 080-SPJL604 | Sold By: Each
IN STOCK: Ships in 1 Business Day

Free Shipping Eligible

12

**$4.48**

**Item Total** **$53.76**

View Accessories

Save For Later



**Winco CBWT-1830 Cutting Board, 18 x 30 x 1/2", White**

Katom #: 080-CBWT1830 | Sold By: Each
IN STOCK: Ships in 1 Business Day
Only 13 available in this delivery window

Free Shipping Eligible

4

**$22.56**

**Item Total** **$90.24**

Save For Later




**Lancer 85-4526H-111 Countertop Cube Ice & Soft Drink Dispenser - 180 lb Storage, cup Fill, 115v**

Katom #: 942-854526H111 | Sold By: Each

Free Shipping Eligible

1

**$3,684.09**

**Item Total** **$3,684.09**

View Accessories

Save For Later



**Panasonic NE-1054F 1000w Commercial Microwave with Touch Pad, 120v**

Katom #: 182-NE1054F | Sold By: Each
QUICK SHIP: Typically ships in 1 - 3 Business Days

Free Shipping Item

1

**$320.00**

**Item Total** **$320.00**

Save For Later



**Duke E303SW 44 3/8" Hot Food Table w/ (3) Wells & Cutting Board, 120v**

Katom #: 212-E303SW120 | Sold By: Each
QUICK SHIP: Typically ships in 1 - 3 Business Days
**Excluded from free shipping promo**

1

**$1,313.99**

**Item Total** **$1,313.99**

View Accessories

Save For Later



**Winco FPS-4 4 oz Food Portioner, One-Piece, Solid, Green**

Katom #: 080-FPS4 | Sold By: Each
IN STOCK: Ships in 1 Business Day

Free Shipping Eligible

15

**$1.59**

**Item Total** **$23.85**

Save For Later



**Waring CB15 Countertop Food Blender w/ Metal Container**

Katom #: 141-CB15 | Sold By: Each
IN STOCK: Ships in 1 Business Day

Free Shipping Item

1

**$1,695.00**

**Item Total** **$1,695.00**

View Accessories

Save For Later



**Town 33971 Stainless Wok Shovel - 19 1/2" x 4 1/4" x 4 3/4", Wood Handle**

Katom #: 296-33971 | Sold By: Each

Free Shipping Eligible

6

**$11.16**

**Item Total** **$66.96**

Save For Later



**Winco FB-40 Fryer Basket w/ Coated Handle & Front Hook, 17" x 8 1/4" x 6"**

Katom #: 080-FB40 | Sold By: Each
IN STOCK: Ships in 1 Business Day

Free Shipping Eligible

4

**$17.58**

**Item Total** **$70.32**

Save For Later

**Paderno 11001-20 5-3/4 qt Aluminum/Stainless Steel Stock Pot - Induction Ready**

Katom #: 095-1100120 | Sold By: Each

Free Shipping Eligible



1

$76.86

**Item Total** **$76.86**

Save For Later



**Adcraft ACIB75016 35 gal MixStik PRO™ Commercial Immersion Blender w/ Variable Speed - 16" Shaft, 120v**

Katom #: 122-ACIB75016 | Sold By: Each

Free Shipping Eligible

1

$222.93

**Item Total** **$222.93**

Save For Later



**Winco PTP-12R 12 oz Red Pebbled Plastic Tumbler**

Katom #: 080-PTP12R | Sold By: 1 Dozen

IN STOCK: Ships in 1 Business Day

Only 6 available in this delivery window

Free Shipping Eligible

6

$7.92

**Item Total** **$47.52**

Save For Later



**Winco WSP-36 36" Stirring Paddle, Wood**

Katom #: 080-WSP36 | Sold By: Each
IN STOCK: Ships in 1 Business Day
Only 11 available in this delivery window

Free Shipping Eligible

3

$5.49

**Item Total** **$16.47**

Save For Later



**Winco MPD-36 36" Mixing Paddle, Stainless**

Katom #: 080-MPD36 | Sold By: Each
IN STOCK: Ships in 1 Business Day

Free Shipping Eligible

6

$12.11

**Item Total** **$72.66**

Save For Later



**MoTak KT-MIF-360/KT-IB-310 373 lb Full Cube Ice Machine w/ Bin - 310 lb Storage, Air Cooled, 115 V**

Katom #: 373-KTMIF360KTIB310 | Sold By: Each
QUICK SHIP: Typically ships in 1 - 3 Business Days

Free Shipping Item

1

$2,648.00

**Item Total** **$2,648.00**

Save For Later



**Hamilton Beach 37580 60 cup Electric Rice Warmer - 120v**

Katom #: 041-37580 | Sold By: Each
IN STOCK: Ships in 1 Business Day
Only 2 available in this delivery window

Free Shipping Item

1

$199.99

**Item Total** $199.99

Save For Later



**MoTak MDC47-X 47 1/4" Full Service Deli Case w/ Curved Glass - (3) Levels, 115v**

Katom #: 842-CDC47 | Sold By: Each
IN STOCK: Ships in 1 Business Day

Free Shipping Item

1

$1,699.00

**Item Total** $1,699.00

View Accessories

Save For Later

**Subtotal** $13,819.78
99+ Items

Shipping —
80301-1314 (Update)

**Est Total** $13,819.78
(before tax)

Eligible Items Ship FREE!

Checkout

Or Use

Check out with PayPal




You Might Want These Too!



**Cambro**
22 qt Square Food Storage Container - CamSquare®,...



**Cambro**
CamSquare® Cover, for 12, 18 & 22 qt Containers, Polyethylene,...



**Winco**
10" Piano Wire Whip, Stainless



**Winco**
6 oz Ladle w/ 12 1/2" Handle, Stainless



**Winco**
10" Bowl Shape Scraper, I
Resistant to 500 F, Silicc

Recently Viewed Products









Contact Us
About KaTom
Our Store
Careers

Track Order
Returns
Financing
Policies

Shop By Brand
Trending Products
Clearance
Learning Center

©2001-2024 KaTom Restaurant Supply, Inc. All rights reserved. | 12/16/2024 7:08pm | 305 KaTom Drive, Kodak, TN 37764 | 844.886.7499 | Sitemap

**Fill in this information to identify the case:**

Debtor name R&B Inc

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known) 26-18122-JGR

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1: List Creditors Who Have Secured Claims**

| 2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| 2.1 City of Boulder<br>Creditor's Name<br><br>1136 Alpine Avenue<br>Boulder, CO 80304<br>Creditor's mailing address<br><br>salestax@bouldercolorado.gov<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes. Specify each creditor, including this creditor and its relative priority.<br>1. City of Boulder<br>2. Colorado Department of Revenue<br>3. Midwest Regional Bank<br>4. DLP Funding LLC<br>5. Headway Capital, LLC<br>6. Highland Hill Capital LLC<br>7. YouLend US LLC<br>8. Velocity Capital Group LLC<br>9. United First, LLC | **Describe debtor's property that is subject to a lien**<br>Cash; Wells Fargo (value is estimated); 90 days or less: Estimated value of receivables owed by Debtor's credit card payment processor and online food ordering and delivery services; Food and beverage inventory, including raw ingredients and other food products held for use in the operation of the restaurant ; 11 booths (single), 7 booths (double), 26 chairs; POS Systems, including Square system and iPad purchased from prior owner and Clover machine and kiosk currently being used; security system monitor, security camera; Cooler/Freezer; See attached list (plus window blind purchased from Home Depot); Signs (book value $3,644)<br><br>**Describe the lien**<br>Statutory Lien (unremitted sales taxes)<br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $13,577.08 | Unknown |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor R&B Inc
Name

Case number (if known) 26-18122-JGR

| 2.2 | Colorado Department of Revenue | | |
|---|---|---|---|
| | Creditor's Name | **Describe debtor's property that is subject to a lien** | $31,975.90 | Unknown |

Creditor's Name: Colorado Department of Revenue

**Describe debtor's property that is subject to a lien**
Cash; Wells Fargo (value is estimated); 90 days or less: Estimated value of receivables owed by Debtor's credit card payment processor and online food ordering and delivery services; Food and beverage inventory, including raw ingredients and other food products held for use in the operation of the restaurant ; 11 booths (single), 7 booths (double), 26 chairs; POS Systems, including Square system and iPad purchased from prior owner and Clover machine and kiosk currently being used; security system monitor, security camera; Cooler/Freezer; See attached list (plus window blind purchased from Home Depot); Signs (book value $3,644)

$31,975.90 — Unknown

PO Box 17087
Denver, CO 80217-0087
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.1

**Describe the lien**
Statutory Lien (unremitted sales taxes)

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.3 Colorado Department of Revenue
Creditor's Name

**Describe debtor's property that is subject to a lien**
Cash; Wells Fargo (value is estimated); 90 days or less: Estimated value of receivables owed by Debtor's credit card payment processor and online food ordering and delivery services; Food and beverage inventory, including raw ingredients and other food products held for use in the operation of the restaurant ; 11 booths (single), 7 booths (double), 26 chairs; POS Systems, including Square system and iPad purchased from prior owner and Clover machine and kiosk currently being used; security system monitor, security camera; Cooler/Freezer; See attached list (plus window blind purchased from Home Depot); https://newcurrynkebob.com/; Goodwill (book value with covenant not to compete $422,000); Signs (book value $3,644); Non-Competition Agreement given by Curry N Kebob Inc to Debtor in connection with purchase and sale of business in December 2024

$6,472.00 — Unknown

PO Box 17087
Denver, CO 80217-0087
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Describe the lien**
Statutory Lien (payroll taxes)

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.1

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.4 Corporation Service Company
Creditor's Name

**Describe debtor's property that is subject to a lien** Unknown $0.00

PO Box 2576
Springfield, IL 62708
Creditor's mailing address

**Describe the lien**
UCC-1 filed 10/15/26 (Document No. 2026103386)

**Is the creditor an insider or related party?**
☒ No
☐ Yes

uccsprep@cscinfo.com
Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.5 Corporation Service Company
Creditor's Name

**Describe debtor's property that is subject to a lien** Unknown $0.00

PO Box 2576
Springfield, IL 62708
Creditor's mailing address

**Describe the lien**
UCC-1 filed 1/27/26 (Document No. 20262008016)

**Is the creditor an insider or related party?**
☒ No
☐ Yes

uccsprep@cscglobal.com
Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.6 Corporation Service Company, as Represen
Creditor's Name

**Describe debtor's property that is subject to a lien** Unknown $0.00

PO Box 2576



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Springfield, IL 62708
Creditor's mailing address

UCCSPREP@CSCGLOBAL.COM
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe the lien**
UCC-1 filed 7/21/26 (Document No. 20262071413)

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.7 DLP Funding LLC
Creditor's Name

447 Broadway 2nd floor
Unit 805
New York, NY 11013
Creditor's mailing address

info@dlpfunding.com
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.1

**Describe debtor's property that is subject to a lien**
Cash; Wells Fargo (value is estimated); 90 days or less: Estimated value of receivables owed by Debtor's credit card payment processor and online food ordering and delivery services

$56,250.00 $7,100.00

**Describe the lien**
MCA

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.8 Fora Financial
Creditor's Name

1385 Broadway
New York, NY 10018
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Unknown

$20,000.00 $0.00

**Describe the lien**
MCA

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor R&B Inc
Name

Case number (if known) 26-18122-JGR

**2.9** Headway Capital, LLC
Creditor's Name

175 W Jackson Blvd
Suite 1000
Chicago, IL 60604
Creditor's mailing address

support@headwaycapital.com
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.3

**Describe debtor's property that is subject to a lien**
Cash; Wells Fargo (value is estimated); 90 days or less: Estimated value of receivables owed by Debtor's credit card payment processor and online food ordering and delivery services; Food and beverage inventory, including raw ingredients and other food products held for use in the operation of the restaurant ; 11 booths (single), 7 booths (double), 26 chairs; POS Systems, including Square system and iPad purchased from prior owner and Clover machine and kiosk currently being used; security system monitor, security camera; Cooler/Freezer; See attached list (plus window blind purchased from Home Depot); https://newcurrynkebob.com/; Goodwill (book value with covenant not to compete $422,000); Signs (book value $3,644); Non-Competition Agreement given by Curry N Kebob Inc to Debtor in connection with purchase and sale of business in December 2024

**Describe the lien**
Security Agreement

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

$109,555.05 Unknown

---

**2.10** Highland Hill Capital LLC
Creditor's Name

1100 Park Central Blvd S.
Suite 1200
Pompano Beach, FL 33064
Creditor's mailing address

info@highlandhillcap.com
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.1

**Describe debtor's property that is subject to a lien**
Cash; Wells Fargo (value is estimated); 90 days or less: Estimated value of receivables owed by Debtor's credit card payment processor and online food ordering and delivery services

**Describe the lien**
MCA

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$30,453.76 $7,100.00



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor R&B Inc
Name

Case number (if known) 26-18122-JGR

| | | | | |
|---|---|---|---|---|
| 2.1 1 | Midwest Regional Bank<br>Creditor's Name<br><br>135 N. Meramec Ave.<br>Saint Louis, MO 63105<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes. Specify each creditor, including this creditor and its relative priority.<br>Specified on line 2.3 | **Describe debtor's property that is subject to a lien**<br>Cash; Wells Fargo (value is estimated); 90 days or less: Estimated value of receivables owed by Debtor's credit card payment processor and online food ordering and delivery services; Food and beverage inventory, including raw ingredients and other food products held for use in the operation of the restaurant ; 11 booths (single), 7 booths (double), 26 chairs; POS Systems, including Square system and iPad purchased from prior owner and Clover machine and kiosk currently being used; security system monitor, security camera; Cooler/Freezer; See attached list (plus window blind purchased from Home Depot); https://newcurrynkebob.com/; Goodwill (book value with covenant not to compete $422,000); Signs (book value $3,644); Non-Competition Agreement given by Curry N Kebob Inc to Debtor in connection with purchase and sale of business in December 2024<br><br>**Describe the lien**<br>UCC-1<br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $374,000.00 | Unknown |
| 2.1 2 | United First, LLC<br>Creditor's Name<br><br>2999 NE 191st Street<br>Unit 901<br>Miami, FL 33180<br>Creditor's mailing address<br><br>underwriting@ufcapitalexperts.com<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes. Specify each creditor, including this creditor and its relative priority.<br>Specified on line 2.1 | **Describe debtor's property that is subject to a lien**<br>Cash; Wells Fargo (value is estimated); 90 days or less: Estimated value of receivables owed by Debtor's credit card payment processor and online food ordering and delivery services<br><br>**Describe the lien**<br>MCA<br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $23,040.00 | $7,100.00 |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor R&B Inc
Name

Case number (if known) 26-18122-JGR

2.13 Velocity Capital Group LLC
Creditor's Name

333 Pearsalo Ave.
Suite 105
East Rockaway, NY 11518
Creditor's mailing address

support@velocitycg.com
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.1

**Describe debtor's property that is subject to a lien**
Cash; Wells Fargo (value is estimated); 90 days or less: Estimated value of receivables owed by Debtor's credit card payment processor and online food ordering and delivery services

**Describe the lien**
MCA

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$40,000.00 $7,100.00

2.14 YouLend US LLC
Creditor's Name

675 Ponce De Leon Ave NE
Suite 8500
Atlanta, GA 30308
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.1

**Describe debtor's property that is subject to a lien**
Cash; Wells Fargo (value is estimated); 90 days or less: Estimated value of receivables owed by Debtor's credit card payment processor and online food ordering and delivery services

**Describe the lien**
MCA

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$27,680.07 $7,100.00

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** $733,003.86

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| City of Boulder<br>Dept. 1128<br>Denver, CO 80263 | Line 2.1 | |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | |
|---|---|
| Midwest Regional Bank<br>363 Festus Centre Drive<br>Festus, MO 63028 | Line 2.11 |
| Velocity Capital Group<br>PO Box 487<br>124 Grove Ave.<br>Cedarhurst, NY 11516 | Line 2.13 |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name R&B Inc

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known) 26-18122-JGR

☐ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>Internal Revenue Service<br>PO Box 932500<br>Louisville, KY 40293-2500 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $73,330.00 | $73,330.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>Payroll taxes | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>Internal Revenue Service<br>1999 Broadway<br>Denver, CO 80202-3025 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $10,160.00 | $10,160.00 |
| | Date or dates debt was incurred<br>2025 | Basis for the claim:<br>Income Taxes | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>Comcast Corporation<br>Comcast Center<br>1701 JFK Blvd<br>Philadelphia, PA 19103 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor R&B Inc
Name

Case number (if known) 26-18122-JGR

| 3.2 | **Nonpriority creditor's name and mailing address**<br>Xcel Energy<br>Attn: Bankruptcy Dept<br>PO Box 9477<br>Minneapolis, MN 55484-0001<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $4,517.22 |
|---|---|---|---|

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Xcel Energy<br>414 Nicollet Mall<br>Minneapolis, MN 55401 | Line 3.2<br>☐ Not listed. Explain ____ | _ |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 83,490.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 4,517.22 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 88,007.22 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name R&B Inc

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known) 26-18122-JGR

☐ Check if this is an amended filing

# Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | Lease for real property located at 3044 and 3050 28th St., Boulder, Colorado | |
| State the term remaining | Term expires 12/31/2028 | |
| List the contract number of any government contract | | 3040, LLC<br>PO Box T<br>Boulder, CO 80306 |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | ChowNow, Inc.<br>38585 Hayden Ave<br>Culver City, CA 90232 |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | Dishwasher lease | |
| State the term remaining | | |
| List the contract number of any government contract | | Ecolab<br>1 Ecolab Place<br>Saint Paul, MN 55102 |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | GrubHub<br>222 Merchandise Mart<br>Plz Ste 800<br>Chicago, IL 60654 |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name R&B Inc

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known) 26-18122-JGR

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Ash Corp | 3280 El Canto Dr<br>Colorado Springs, CO 80918 | DLP Funding LLC | ☒ D 2.7<br>☐ E/F<br>☐ G |
| 2.2 | Binita Gurung | 3280 El Canto Dr.<br>Colorado Springs, CO 80918 | Midwest Regional Bank | ☒ D 2.11<br>☐ E/F<br>☐ G |
| 2.3 | Binita Gurung | 3280 El Canto Dr.<br>Colorado Springs, CO 80918 | Corporation Service Company, as Represen | ☒ D 2.6<br>☐ E/F<br>☐ G |
| 2.4 | Binita Gurung | 3280 El Canto Dr.<br>Colorado Springs, CO 80918 | YouLend US LLC | ☒ D 2.14<br>☐ E/F<br>☐ G |
| 2.5 | Binita Gurung | 3280 El Canto Dr.<br>Colorado Springs, CO 80918 | Highland Hill Capital LLC | ☒ D 2.10<br>☐ E/F<br>☐ G |
| 2.6 | Binita Gurung | 3280 El Canto Dr.<br>Colorado Springs, CO 80918 | DLP Funding LLC | ☒ D 2.7<br>☐ E/F<br>☐ G |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor R&B Inc Case number *(if known)* 26-18122-JGR

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.7 | Binita Gurung | 3280 El Canto Dr.<br>Colorado Springs, CO 80918 | Velocity Capital Group LLC | ☒ D 2.13<br>☐ E/F<br>☐ G |
| 2.8 | Binita Gurung | 3280 El Canto Dr.<br>Colorado Springs, CO 80918 | Headway Capital, LLC | ☒ D 2.9<br>☐ E/F<br>☐ G |
| 2.9 | Binita Gurung | 3280 El Canto Dr.<br>Colorado Springs, CO 80918 | United First, LLC | ☒ D 2.12<br>☐ E/F<br>☐ G |
| 2.10 | Devi Corporation | 3280 El Canto Dr,<br>Colorado Springs, CO 80918 | Corporation Service Company, as Represen | ☒ D 2.6<br>☐ E/F<br>☐ G |
| 2.11 | Devi Corporation | 3280 El Canto Dr<br>Colorado Springs, CO 80918 | DLP Funding LLC | ☒ D 2.7<br>☐ E/F<br>☐ G |
| 2.12 | Dhakmani Inc. | 3280 El Canto Dr<br>Colorado Springs, CO 80918 | DLP Funding LLC | ☒ D 2.7<br>☐ E/F<br>☐ G |
| 2.13 | Dhruba Tara Corp | 3280 El Canto Dr<br>Colorado Springs, CO 80918 | Corporation Service Company, as Represen | ☒ D 2.6<br>☐ E/F<br>☐ G |
| 2.14 | DHRUBA TARA CORP | 3280 El Canto Dr<br>Colorado Springs, CO 80918 | DLP Funding LLC | ☒ D 2.7<br>☐ E/F<br>☐ G |
| 2.15 | R and B Corp | | DLP Funding LLC | ☒ D 2.7<br>☐ E/F<br>☐ G |
| 2.16 | Rajan Gurung | 3280 El Canto Dr<br>Colorado Springs, CO 80918 | Midwest Regional Bank | ☒ D 2.11<br>☐ E/F<br>☐ G |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor R&B Inc Case number *(if known)* 26-18122-JGR

## Additional Page to List More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.17 | Binita Gurung | 3280 El Canto Dr.<br>Colorado Springs, CO 80918 | 3040, LLC | ☐ D<br>☐ E/F<br>☒ G 2.1 |
| 2.18 | Rajan Gurung | 3280 El Canto Dr<br>Colorado Springs, CO 80918 | 3040, LLC | ☐ D<br>☐ E/F<br>☒ G 2.1 |
| 2.19 | Rashadul H. Khan | 1418 S. Marion St.<br>Denver, CO 80210 | 3040, LLC | ☐ D<br>☐ E/F<br>☒ G 2.1 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name R&B Inc

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known) 26-18122-JGR

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☒ *Schedule H: Codebtors* (Official Form 206H)
- ☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☒ Amended *Schedule* Amended List of 20 Largest Creditors
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 3, 2026

X ____________________
Signature of individual signing on behalf of debtor

Binita Gurung
Printed name

Owner
Position or relationship to debtor



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy